# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | HB GLOBAL, LLC |
| **Case Number:** | 2:11-bk-17648-RJH   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 19, 2011 02:00 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

CHAPTER 11 STATUS CONFERENCE

**R / M #:**   7 / 0

## Appearances:

KELLY G. BLACK, ATTORNEY FOR HB GLOBAL, LLC

## Proceedings:

Mr. Black informed the debtor runs a sports grill in Surprise and recent road construction has had an impact on the business. He advised a stipulation has been filed regarding the use of cash collateral.

COURT: IT IS ORDERED GRANTING THE MOTION TO ESTABLISH A BAR DATE. MR. BLACK IS DIRECTED TO UPLOAD AN ORDER WHICH ESTABLISHES MONDAY, AUGUST 22, 2011 AS THE BAR DATE FOR FILING CLAIMS.